# United States Navy–Marine Corps Court of Criminal Appeals

Before
HITESMAN, GASTON, and ATTANASIO,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Mikhail C. QUARTERMAN**
Aircrew Survival Equipmentman Technician (E-3), U.S. Navy
Appellant

**No. 201900207**

Decided: 11 March 2020.

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judge:
Michael J. Luken

Sentence adjudged 2 May 2019 by a special court-martial convened at Naval Station, Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 7 months and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Derek C. Hampton, JAGC, USN.*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] Pursuant to a pretrial agreement, the convening authority suspended the bad-conduct discharge and confinement in excess of 6 months.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court